# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMJAD SAIYED,<br><br>        *Plaintiff*,<br><br>  v.<br><br>ARCHON, INC., et al.,<br><br>        *Defendants*. | Civil Action No. 16-9530<br><br>**<u>ORDER</u>** |

**John Michael Vazquez, U.S.D.J.**

For the reasons stated in the accompanying Opinion, and for good cause shown,

IT IS on this 14th day of December 2020,

**ORDERED** that Plaintiff Amjad Saiyed's unopposed motion for default judgment, D.E. 263, is **GRANTED in part and DENIED in part**; and it is further

**ORDERED** that default judgment is granted only as to Defendant Rashid Patel and solely as to liability for Counts Four, Nine, and Ten of the Amended Complaint; and it is further

**ORDERED** that default judgment is otherwise denied without prejudice; and it is further

**ORDERED** that as to damages concerning Defendant Rashid Patel, Plaintiff is directed to provide adequate support for his damages by December 31, 2020. If Plaintiff fails to provide documentary support by that date, the Court will deny default judgment as to Patel; and it is further

**ORDERED** that as to the matters denied without prejudice, Plaintiff may cure the noted deficiencies by December 31, 2020. If Plaintiff fails to cure the deficiencies by that date, the denial will be with prejudice; and it is further

2

**ORDERED** that the Clerk of the Court is directed to mail a copy of this Order via regular and certified mail to Defendants Patel and Gajra.

                                                                  _____
                                                                  John Michael Vazquez, U.S.D.J.