Amjad Saiyed  
269 Chestnut Street,  
Apt #107  
Nutley NJ 07110

Date: 1.12.2023

CLERK  
U.S. DISTRICT COURT  
DISTRICT OF NEW JERSEY  
RECEIVED

2023 JAN 12

Civil Action  
Doc No 2:16-cv-09530

Amjad Saiyed (Appellant) Vs Archon, Inc., Archon Distribution, Inc., Rashid Patel, Mohamed Ashif Gajra, John/Jane Does 1-10, Defendants

To:  
The Clerk of Court of United States Court Federal Court.  
50 Walnut Street :  
Room Number : 4015  
Newark NJ 07102

**Sub : Humble Request 90 days Time for hiring New Lawyer :**

Dear Respected Clerk,

With all your respect and permission, I am a layman to the law.

Your honor, as my previous lawyer Mr.Michael Farhi, has betrayed me and left me without protected and on jeopardy without any prior information, hence I need at least 90 days of time to find the new lawyer on contingency base to protect my case in this critical time where I am left in between by my betrayal lawyer Mr.Michael Farhi, where I am in need of lawyer very hardly. Therefore please grant me time to hire a new lawyer, so I can have justice and my damages after fighting 09 years of this case.

Thanking you,

Yours Truly

Amjad Saiyed

CC : Bray & Bray LLC